RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/6/12
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RONALD RIVIERE<br>A 024 714 501 | CIVIL ACTION NO. 6:12-cv-1025 |
| VS. | SECTION P |
| | JUDGE RICHARD T. HAIK, SR. |
| ERIC HOLDER, JR., ET AL. | MAGISTRATE JUDGE C. MICHAEL HILL |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that petitioner's habeas corpus petition be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 43.1 of this Court. Plaintiff may seek reinstatement within 30 days of the date of this judgment by showing good cause for his violation of Rule 43.1.

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this 6 day of August, 2012.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE